# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA HEWLETTE-BULLARD, on behalf of her minor child, J.H-B., | : | Civil No. 3:19-CV-00076 |
| Plaintiff, | : | |
| v. | : | |
| POCONO MOUNTAIN SCHOOL DISTRICT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendants' motion for summary judgment (Doc. 34) is **GRANTED IN PART AND DENIED IN PART**.

2. The motion is granted with respect to Plaintiff's overbreadth and vagueness claims; Plaintiff's claims under the Rehabilitation Act and Americans With Disabilities Act; and Plaintiff's equal protection claims under both the United States and Pennsylvania Constitutions.

3. Defendants Elizabeth A. Robison and Mary Beth Gustafson are additionally granted summary judgment on the basis of qualified immunity as to the claim that they violated Plaintiff's rights under the First Amendment.

4. The motion is denied with respect to Plaintiff's claim that Defendant Pocono Mountain School District violated Plaintiff's First Amendment rights and as to Plaintiff's due process claims against all defendants.

5. A status conference is scheduled for **March 3, 2021 at 2:00 p.m.** The conference will be by telephone. Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel at least one hour prior to the call.

                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Court Judge
                                        Middle District of Pennsylvania